Raymond Diaz T734059
Name and Prisoner/Booking Number

Fourth Ave Jail 2-D-13
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY
NOV 19 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Raymond Diaz,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Sheriff Paul Penzone,
(Full Name of Defendant)
(2) Maricopa County,
(3) M.C.S.O. Health Services
(4) Correctional Health,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV21-01967-PHX-DJH--ESW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Fourth Ave Jail

Revised 12/1/20

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: Sheriff Paul Penzone. The first Defendant is employed as: Sheriff (Position and Title) at Maricopa County (Institution).

2. Name of second Defendant: Maricopa Cunt. The second Defendant is employed as: _____ (Position and Title) at _____ (Institution).

3. Name of third Defendant: M.C.S.O. Health Services (Correctional Health). The third Defendant is employed as: Health Providers (Position and Title) at 4th Ave Jail (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ___()___. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Raymond Diaz v. Sheriff Arpaio
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed by me.

   b. Second prior lawsuit:
      1. Parties: Raymond Diaz v. Sheriff Arpaio
      2. Court and case number: N/A
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed by me.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities       ☐ Mail            ☐ Access to the court     ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   That During The month of November 2021 I Reported to medical staff that I had a huge not forming on my lower neck. I was issued Tylenol and told I would be seen later on that Day. 2 weeks had passed and I was still not seen. The lump had Tripled in size. I notified medical again was told to drink water and lay down. As of date I filed this lawsuite still have not been seen. I Put in a copy on to medical and Recieved no Resolution leaving me stuck suffering severe headaches Difficulty swallowing Pain in shoulder and neck area. Also mental break downs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   mentally By leaving me curious of cancer or not. Pain in neck, shoulder, and head aches and Trouble swallowing

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                               ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?            ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MCSO is failing to provide proper [decent] hygiene kits as I am only issued [a small tube of] toothpaste every two weeks. No shampoo or [deodorant] or shaving cream.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Mental Anguish

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes  ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MCSO is under feeding me by at least 800 calories a day. Serving us only twice a day one sack lunch totaling 700 calories and a hot tray monday through friday on weekends 2 sack lunches totaling 1300 calories well under the 2100 calorie diet recommended by the USFDA

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   Hunger pains and mental anguish

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

E.  REQUEST FOR RELIEF

State the relief you are seeking:
I am seeking monetary relief for 2 million Dollars for pain and suffering. The county supply proper diets and meals to meet caloric intake and issue proper hygiene kits

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11-08-21
            DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____NOV 15 2021_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

_____ /s/ [signature] _____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009