In The United States District Court
For The District of Arizona

Raymond Diaz
    Plaintiff,
v
Paul Penzone, Et al.,
    Defendants

Case No:
CV-21-01967-PHX-DJH (ESW)

Motion to Request Documents and have a outside Dietician evaluate meals.

The plaintiff Respectfully Request the court to order M.C.S.O. Food Services to provide plaintiff with a Detailed Menu That includes weights, measurements size of servings and total calorie intake per meal. Plaintiff further Request that the courts order M.C.S.O. to permit a Dietician from a outside court chosen source for a unbiased opinion on the caloric intake of the food served. And not Just by Reading what M.C.S.O says is Being served But to Actually witness said meals are Being served at proper weights and quantities. As for plaintiff Needs this crucial information for plaintiff's suite

Respectfully Raymond Diaz

T734059

FILED DEC 08 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCIV 7.1(a)(1)

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**December 2, 2021**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√ Hon  **Diane J Humetewa**   United States District Court, District of Arizona.

√ Hon  **Eileen S. Willett**   United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____  Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____[signature]_____     B5188
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009