In The United States District Court
District of Arizona.

Raymond Diaz
Plaintiff

v

Paul Penzone, Et al
Defendants

Case No:
CV-21-01967-PHX-DJH(ESW)

Motion To order M.C.S.O.
and State Superior courts
To have mandatory video
Hearings.

The Plaintiff respects The Honorable court To order Superior court and M.C.S.O To Allow Inmates in custody To proceed in Their court Proceedings via Telephonic/video. to prevent further hardships being brought on By The issue of Quarintine Due to too wide a span of this protocol. M.C.S.O current protocol Calls for any Inmate who complains of a cough, fever or common cold symptoms to be removed and his entire pod Be placed in Quarintine. By Doing This it causes court dates to be cancelled and inmate to Be stuck in limbo as dockets get Backed up. Inmates Such as The Plaintiff who is supposed to Be sentenced To probation Are In Turn stuck waiting for Sentencing But Because

Some courts refuse to have virtual sentencing inmates are stuck waiting for months to simply be placed on probation and released. As for the cycle of quarantine continues to reset. Pods are placed on quarantine for 14 day periods just to come off quarantine then in a few days go back on just because a inmate has a common cold. So as to eliminate such a high volume of back logged cases the plaintiff respectfully request the courts to order MCSO to figure out a more efficient quarantine policy and order lower courts and superior courts to conduct virtual hearings on inmates due to be sentenced that are in custody. The current policy basically keeps inmates trapped in custody because they are not being permitted to be sentenced and released due to quarantine. Plaintiff has recieved the vaccine never tested positive and should be released but due to a flawed system is stuck in custody

Respectfully submitted
Raymond Diaz
12-08-21

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**December 9, 2021**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

__√__ Hon _____**Diane J Humetewa**_____ United States District Court, District of Arizona.

__√__ Hon _____**Eileen S. Willett**_____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____     B5188
Legal Support Specialist Signature       S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009